UNITED STATES DISTRICT COURT
DISTRICT OF ARKANSAS

| | |
|---|---|
| **SHIRLEY KEIMIG, Individually,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 5:17-cv-05264-TLB |
| | : |
| **KRUPALI HOSPITALITY INC.** | : |
| **A Domestic Company** | : |
| Defendant | : |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Shirley Keimig and Defendant Krupali Hospitality, Inc., pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) and hereby stipulate that the above-styled action and all claims contained therein be dismissed **with prejudice**. This stipulation is signed by all Parties who have appeared in this action. The Clerk is requested to mark the file accordingly.

Respectfully submitted this 8th day of March 2018.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Roy Gene Sanders |
| PETE M. MONISMITH | Roy Gene Sanders # 75110 |
| PETE M. MONISMITH, PC | 825 West Third Street |
| 3945 Forbes Avenue, | Little Rock, Arkansas 72201 |
| Suite #175 | Telephone: 501/378-0717 |
| Pittsburgh, Pennsylvania  15213 | rsanders@msslawfirm.com |
| Telephone:  (724) 610-1881 | |
| Facsimile (412) 258-1309 | *Attorney for Defendant* |
| Pete@monismithlaw.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this matter using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Roy Gene Sanders
825 West Third Street
Little Rock, Arkansas 72201
Telephone: 501/378-0717
rsanders@msslawfirm.com

This 8th day of Marcb 2018.

                                                */s/ Pete M. Monismith*
                                                Pete M. Monismith