IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIRLEY KEIMIG, Individually,                                    PLAINTIFF

NO.  5:17-cv-5264-TLB

KRUPALI HOSPITALITY, INC.                                        DEFENDANT
A Domestic Company

### CLERK'S ORDER OF DISMISSAL

On this 9th day of March, 2018, the parties hereto having

filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: *Roxana Guerrero*
    Deputy Clerk

